IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT G. HAGUE AND ELIZABETH A. HAGUE, HUSBAND AND WIFE | : | No. 2:20-cv-00318-AJS |
| | : | (Judge Schwab) |
| Plaintiffs, | : | |
| v. | : | |
| FIRST AMERICAN TITLE INSURANCE COMPANY | : | |
| Defendant. | : | Electronically Filed |
| | | |
| SNUG & MONK PROPERTIES, INC., A PENNSYLVANIA CORPORATION | : | |
| | : | No. 2:20-cv-00320-CB |
| Plaintiff, | : | (Judge Bissoon) |
| v. | : | |
| FIRST AMERICAN TITLE INSURANCE COMPANY | : | |
| Defendant. | : | Electronically Filed |
| | | |
| VALERIE DRNOVSEK | : | No. 2:20-cv-00321-RJC |
| Plaintiff, | : | (Judge Colville) |
| v. | : | |
| FIRST AMERICAN TITLE INSURANCE COMPANY | : | |
| Defendant. | : | Electronically Filed |

36877923.1

## ORDER OF COURT

AND NOW, this 29th day of April, 2020, upon consideration of the Joint Motion to Consolidate and to Further Extend Time to Respond to Complaint, the joint motion is hereby GRANTED **in Part**. The three above-captioned cases are hereby consolidated **at 20cv00318**. Further, defendant shall have until May ~~29, 2020~~ **15, 2020** to plead or otherwise respond to the complaints. **All future filing shall be filed at 20cv00318.**

The Clerk of Court shall close
C.A. 20-320 and C.A. 20-321.

BY THE COURT:

_____
United States District Judge

36877923.1